## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-5433** |
| | : | |
| DR. GLUSHAKOW, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 20th day of May, 2026, upon consideration of Defendants' Motions to Dismiss, (ECF No. 27, 36), Plaintiff Stephon M. Bennett's Responses thereto, (ECF No. 38, 39), and Defendant Dr. Glushakow's Reply thereon, (ECF No. 43), as well as Bennett's Motion for Sanctions and Dr. Glushakow's Response to the Motion, (ECF Nos. 40, 42), it is **ORDERED** that:

1.    Defendants Stuebner and Hensley's Motion to Dismiss is **DENIED**.

2.    Defendants Dr. Glushakow's Motion to Dismiss is **GRANTED** only as to the civil conspiracy claim based on the retaliatory transfer and is otherwise **DENIED**.

3.    Bennett's Motion for Sanctions is **DENIED**.

4.    Defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ John R. Padova

**JOHN R. PADOVA, J.**